# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2008

137193

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTONIO DEMETRIUS ROBERTSON,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137193
COA: 276092
Macomb CC: 2006-004182-FC

_____/

On order of the Court, the application for leave to appeal the July 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

Clerk